UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
LOCATION: MANHATTAN
------------------------------x  Case No. 82 B 10157 (ALG)

In re                            Chapter 7

SATTLER'S, INC.,                 SECOND AMENDED
                                 **REPORT OF UNCLAIMED DIVIDENDS**

      Debtor.
------------------------------x

    KAREN CARTER CASO, the Trustee herein affirms the following:

    1. That on January 18, 2002, I caused checks for final distribution to be disbursed.

    2. That to date all distribution checks have cleared with the exception of the following, which were either returned as undeliverable, returned after receipt by creditor for insufficient information to process or were uncashed for over ninety (90) days; therefore, a stop payment was placed:

| Check No. | Payee and Address | Amount |
|---|---|---|
| 1662 | Sunset Lamps<br>600 E. Slauson Avenue<br>City of Commerce, CA | 26.35 |
| 1663 | Coradian Corp.<br>Capital Plaza<br>Albany, NY 12205 | 24.90 |
| 1664 | Southall Corp.<br>3236 Main Street<br>Buffalo, NY 14214 | $ 12.71 |
| 1666 | Max Factor<br>P.O. Box 75279<br>Charlotte, N.C. 28275 | $ 3.21 |

Document #: 185222

| Check No. | Payee and Address | Amount |
| --- | --- | --- |
| 1670 | Doak Pharmacy Co., Inc.<br>700 Shames Dr.<br>Westbury, NY 11590 | $ 110.89 |
| 1673 | Ralph Wilcove<br>% Falk & Seimer<br>1900 Main Place Tower<br>Buffalo, NY 14225 | $7,425.07* |
| 1676 | Protective Assurance<br>Control Systems<br>P.O. Box 595<br>Ithaca, NY 14850 | $ 101.69 |
| 1680 | North American Phillips<br>Lighting Corp.<br>Bank Street<br>Hightstown, NJ 08520 | $40.17 |
| 1681 | Bi-State Industries Corp.<br>1400 Broadway<br>New York, NY 10018 | $501.26 |
| 1684 | Scotch Craft, Inc.<br>105 Chestnut Street<br>Newark, NJ 07105 | $116.68 |
| 1685 | Mast Industries, Inc.<br>Donald Stam, Esq.<br>461 E. 8th Avenue<br>New York, NY 10001 | $85.54 |
| 1687 | Stafford Phase Corp.<br>% S. Gross, Esq.<br>371 Merrick Road<br>Rockville Centre, NY 11570 | $ 171.07* |
| 1689 | Texas Heller Western<br>717 No.Hardwood St.-Ste. 700<br>Dallas, TX 75201 | $ 25.14 |
| 1693 | Sam Ashkenazie<br>12 W. 37th Street<br>New York, NY 10018 | $ 16.17 |

| Check No. | Payee and Address | Amount |
| --- | --- | --- |
| 1694 | Dennison Mfg. Co.<br>300 Howard St.<br>Framingham, MA 01701 | $369.69 |
| 1697 | Bud Garsel, Inc.<br>81 Dorman Avenue<br>San Francisco, CA 94124 | $88.31* |
| 1699 | Walter E. Heller & Co.<br>105 W. Adams Street<br>Chicago, IL 60603 | $10,067.68 |
| 1701 | The Amalgamated Co.<br>% Myerson & Kuhn<br>237 Park Avenue<br>New York, NY 10017 | $495.00* |
| 1704 | Eagle Supermarkets, Inc.<br>(Sub. of Pal Beach, Inc.)<br>P.O. Box 1519<br>Cincinatti, OH 45242 | $ 86.75 |
| 1705 | Golden Electrics<br>70 West Willow Street<br>Milburn, NJ 07041 | $187.87 |
| 1706 | Robert Fischer, Trustee<br>for Denby Stores, Inc.<br>200 Park Avenue South<br>New York, NY 10003 | $1,196.36 |
| 1708 | William Bounds Ltd.<br>3737 W. 240 Tn.<br>Torrance, CA 90505 | $26.75* |
| 1711 | Mouze-Glass Co.<br>c/o Gentile-Lechter Assoc.<br>11990 Dupont Road<br>Philadelphia, PA 19116 | $ 76.38* |
| 1715 | Nasco, Inc.<br>27 No. Main St.<br>Springfield, TN 37172 | $13.25 |

| Check No. | Payee and Address | Amount |
|---|---|---|
| 1720 | Scotch Craft, Inc.<br>49-70 175th Pl.<br>Flushing, NY 13765 | $53.01* |
| 1721 | Big Yank Corp.<br>1300 Edwards St.<br>Hattiesburg, MS 39401 | $107.52 |
| 1723 | Gibson Greeting Cards, Inc.<br>American Greetings Corp.<br>One American Road<br>Cleveland, OH 44144 | $395.59 |
| 1726 | IRS<br>P.O. Box 2899<br>New York, NY 10008 | $218.03 |
| 1727 | Kenneth Yauch<br>197 Brinkman<br>Buffalo, NY 14211 | $399.16** |

**TOTAL** $ 22,452.20
Previously Paid 22,146.88
**Balance Due** $ 305.32

Dated: Garden City, New York
February 13, 2003

_Karen Carter Caso_
Karen Carter Caso, Trustee

*This amount reflects an additional $25.00 for a stop payment fee never assessed by the bank.

** Addition of $130.32 previously withheld for tax deductions; however, not paid since informed Mr. Yauch is deceased.